AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Mark S. | U.S. District Court, Eastern District of Virginia | 07/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States District Court
Walter E. Hoffman United States Courthouse
600 Granby Street, Suite 132
Norfolk, VA 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visitor | Regent University School of Law Board of Visitors, an advisory board to the Dean of the law school with no policy-making authority |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Virginia Retirement System (reflects continued assets in VRS from service as Virginia judge from 2003-2008) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 07/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | BB&T Bank - salary and bonuses |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 07/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Nationwide Life Insurance Whole Life Policy | A | Dividend | K | T | | | | | |
| 2. Lincoln National Annuity | A | Dividend | J | T | | | | | |
| 3. IRA #1 | C | Dividend | M | T | | | | | |
| 4. -UBS Pace Money Mkt Invest. Fund Class P (See Sec. VIII) | | | | | Sold | 12/05/12 | J | A | |
| 5. -PIMCO Total Return Fund Class A | | | | | Sold | 12/24/12 | K | B | |
| 6. -Ivy Asset Strategy Fund Class A | | | | | Sold | 12/24/12 | J | B | |
| 7. -Blackrock Inflation Protected Bond A | | | | | Sold | 12/24/12 | J | B | |
| 8. -Delaware Diversified Income Fund Class A | | | | | Sold | 12/24/12 | J | B | |
| 9. -FT Templeton Global Bond A | | | | | Sold | 12/24/12 | J | B | |
| 10. -FT Franklin US Gov't Sec A | | | | | Sold | 12/24/12 | J | B | |
| 11. -PIMCO Investment Grade Corporate Bond Fund Class A | | | | | Sold | 12/24/12 | J | B | |
| 12. -JP Morgan Highbridge Stat Market Neutral Fund A | | | | | Sold | 12/24/12 | J | A | |
| 13. -Rydex/SGI Managed Futures Strategy Fund A | | | | | Sold | 11/13/12 | J | A | |
| 14. -Blackrock Global Allocation Fund Inc. A | | | | | Sold | 12/24/12 | K | C | |
| 15. -Oakmark Equity & Income Fund Class I | | | | | Sold | 12/24/12 | K | C | |
| 16. -T. Rowe Price Equity Income Fund (X) | | None | K | | Buy | 12/28/12 | K | | |
| 17. -T. Rowe Price International Discovery Fund (X) | | None | J | | Buy | 12/28/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -T. Rowe Price New American Fund (X) | | None | K | | Buy | 12/28/12 | K | | |
| 19. -T. Rowe Price New Horizons Fund (X) | | None | J | | Buy | 12/28/12 | J | | |
| 20. -T. Rowe Price Small Cap Value Fund (X) | | None | J | | Buy | 12/28/12 | J | | |
| 21. -T. Rowe Price Spectrum International Fund (X) | | None | K | | Buy | 12/28/12 | K | | |
| 22. -T. Rowe Price Prime Reserve (X) | | None | J | | Buy | 12/26/12 | J | | |
| 23. Towne Bank Account | A | Interest | K | T | | | | | |
| 24. Metlife Whole Life Policy | A | Dividend | K | T | | | | | |
| 25. Raymond James Financial Services | | | | | | | | | |
| 26. -Capital Income Builder Fund Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 27. -Fundamental Investors Fund Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 28. -Growth Fund of America Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 29. -Income Fund of America Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 30. -Smallcap World Fund Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 31. IRA #2 (See Part VIII) | | None | J | T | | | | | |
| 32. -American Funds New Perspective Fund A | | | | | Sold | 12/24/12 | J | A | |
| 33. -T. Rowe Price Prime Reserve (X) | | | | | Buy | 12/24/12 | J | | |
| 34. BB&T Bank Accounts (See Part VIII) | B | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Windsor II Fund Inv | A | Dividend | | | Sold | 10/15/12 | K | D | |
| 36. Vanguard Prime Money Market Fund | A | Interest | | | Sold | 10/15/12 | J | A | |
| 37. IRA #3 (See Part VIII) | A | Dividend | L | T | | | | | |
| 38. -Fidelity Magellan | | | | | Sold | 10/15/12 | L | E | |
| 39. -T. Rowe Price New Horizons Fund (X) | | | | | Buy | 12/17/12 | K | | |
| 40. -T. Rowe Price Small Cap Value Fund (X) | | | | | Buy | 12/17/12 | K | | |
| 41. Retirement #1 - 401(k) (See Part VIII) | E | Dividend | O | T | | | | | |
| 42. -Deposit Account (BB&T) (See Part VIII) | | | | | Buy (add'l) | 09/14/12 | K | | |
| 43. | | | | | Sold (part) | 11/26/12 | K | | |
| 44. -Sterling Select Equity Fd Cl 1 | | | | | | | | | |
| 45. -Vanguard Institutional Index | | | | | Buy (add'l) | 02/03/12 | K | | |
| 46. -Sterling Mid-Cap Value | | | | | | | | | |
| 47. -Sterling Mid-Cap Growth (Y) (See Part VIII) | | | | | | | | | |
| 48. -Sterling International Equity | | | | | Sold | 01/31/12 | K | | |
| 49. -Sterling Special Opps Equity | | | | | | | | | |
| 50. -BB&T Common Stock Fund | | | | | Sold (part) | 09/14/12 | K | | |
| 51. -T. Rowe Price Mid Cap Growth (X) | | | | | Buy | 11/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 07/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Fidelity Contrafund (X) (See Part VIII) | | | | | Buy | 03/18/11 | K | | |
| 53. -Harbor International Fund (X) | | | | | Buy | 01/31/12 | K | | |
| 54. Retirement #2 (See Part VIII) | B | Dividend | M | T | | | | | |
| 55. -Deposit Account (BB&T) (See Part VIII) | A | Dividend | L | T | Sold (part) | 11/29/12 | K | | |
| 56. -Harbor International Fund (X) | B | Dividend | K | T | Buy | 11/29/12 | K | | |
| 57. Colonial REMIC | A | Dividend | J | T | | | | | |
| 58. BB&T stock | C | Dividend | M | T | Buy (add'l) | 02/20/12 | J | | |
| 59. T. Rowe Price Virginia Tax Free Bond #1 | A | Dividend | K | T | | | | | |
| 60. T. Rowe Price Virginia Tax Free Bond #2 | B | Interest | L | T | Buy (add'l) | 01/17/12 | J | | |
| 61. | | | | | Buy (add'l) | 03/01/12 | K | | |
| 62. | | | | | Buy (add'l) | 10/25/12 | K | | |
| 63. Virginia College Bldg Muni Bond | A | Interest | K | T | | | | | |
| 64. Wells Fargo Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 07/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 4 - We liquidated this fund.

Section VII, Line 31 - This was reflected on the 2011 report as "Roth IRA"

Section VII, Line 34 - Aggragated all BB&T bank accounts which were listed separately on the 2011 report.

Section VII, Line 37 - This was reflected on the 2011 report as "Fidelity Magellan IRA" which was sold during this reporting period.

Section VII, Line 41 - This was reflected on the 2011 report as "BB&T 401(k)."

Section VII, Line 42 - This was reflected on the 2011 report as "BB&T 1 year BIC." The name was changed by the plan.

Section VII, Line 47 - This fund was sold in 2011 and that sale should have been listed on the 2011 report.

Section VII, Line 52 - This fund was purchased on 3/18/11. It was mistakenly omitted from the 2011 report.

Section VII, Line 54 - This was reflected on the 2011 report as "BB&T Non-Qualified Plan."

Section VII, Line 55 - This was reflected on the 2011 report as "BB&T 1-year BIC." The name was changed by the plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark S. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544